# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) |
| MINDY R. PERRINE, | ) |
| | ) |
| Respondent. | ) |

## PETITION TO ENFORCE
## INTERNAL REVENUE SERVICE SUMMONS

The United States of America, on behalf of its agency, the Internal Revenue Service, by the undersigned Assistant United States Attorney, aver to this Court as follows:

1. This is a proceeding brought pursuant to the provisions of sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. §§ 7402(b) and 7604(a), to judicially enforce an Internal Revenue Service Summons.

2. James C. Bowman is a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division, Central Compliance Area, Internal Revenue Service, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in Section 7602 of Title 26 U.S.C., and Treasury Regulation Section 301.7602-1, 26 C.F.R. § 301.7602B1.

3. The address of the Respondent is 4203 Southgate Boulevard, Lima, Ohio 45806-1729, within the jurisdiction of this court.

4. Revenue Officer James C. Bowman is conducting an investigation, regarding MINDY R. PERRINE, into collection for Form 1040 income tax liability for the year 2021.

5. The Respondent, MINDY R. PERRINE, is in possession and control of testimony books, records, papers, and other data which are relevant to the above-described investigation.

6. On May 19 2025, an Internal Revenue Service Summons was issued by Revenue Officer James C. Bowman, directing the Respondent, MINDY R. PERRINE, to appear before Revenue Officer James C. Bowman on June 10, 2025 at 10:00 A.M. to testify.  Attested copy of the Summons was left attached to the door at the last and usual place of abode of MINDY R. PERRINE by James C. Bowman, Revenue Officer, on May 20, 2025.  The Summons is attached hereto and incorporated herein as **Exhibit A**.

7. On June 10, 2025, the Respondent, MINDY R. PERRINE, did not appear and did not produce any of the requested records in response to the Summons.  The Respondent's refusal to comply with the Summons has continued, as set forth in the Declaration of Revenue Officer James C. Bowman, attached hereto as **Exhibit B**.

8. The books, papers, records, or other data sought by the Summons are not already in possession of the Internal Revenue Service.

9. All administrative steps required by the Internal Revenue Code for the issuance of the Summons have been taken.

10. It is necessary to obtain the testimony and examine the books, papers, records, or other data sought by the Summons in order to properly determine the collection potential, regarding MINDY R. PERRINE, for Form 1040 income tax liability for the year 2021 as is evidenced by the Declarations of James C. Bowman, attached hereto and incorporated herein as part of this Petition.

WHEREFORE, the Petitioner respectfully prays:

1. That the Court issue an order directing the Respondent, MINDY R. PERRINE, to show cause, if any, why the Respondent should not comply with and obey the aforementioned Summons and each and every requirement thereof.

2. That the Court enter an order directing the Respondent, MINDY R. PERRINE, to obey the aforementioned Summons and each and every requirement thereof by ordering the attendance, testimony, and production of the books, papers, records, or other data as is required and called for by the terms of the Summons before Revenue Officer James C. Bowman, or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed

by Revenue Officer James C. Bowman, or any other proper officer or employee of the Internal Revenue Service.

    3. That the United States recover its costs in maintaining this action.

    4. That the Court grant such other and further relief as is just and proper.

                                     David M. Toepfer
                                     United States Attorney

                   By: _/s/Guillermo J. Rojas_____
                        Assistant United States Attorney
                        Northern District of Ohio
                        Four Seagate, 3rd Floor
                        433 N. Summit St., Suite 308
                        Toledo, OH 43604-2624